Exhibit 5

Affidavit of Melmoth S. Patterson, MD

Letter of Melmoth S. Patterson, MD

| | |
|---|---|
| STATE OF SOUTH CAROLINA | ) |
| | ) |
| | ) Affidavit of Melmoth S. Patterson, M.D. |
| | ) |
| COUNTY OF LAURENS | ) |

1. I have been the primary treating physician for Michelle Morgan for more than twenty years.

2. Michelle has severe mental retardation, autism, cerebral palsy, a seizure disorder, GERD and marked dysphagia. She has a major brain deformity. (8-24-09).

3. Michelle is totally unable to communicate through normal speech and she requires tube feeding due to a progressive deterioration in her ability to eat. (3-23-10). Her feeding tube must be replaced every three months.

4. Michelle takes twelve medications due to her complex medical condition and she is unable to administer or monitor her medications

5. Michelle has a history of "night terrors" and she sometimes stays awake all night, making it difficult for her parents to sleep.

6. Michelle has self-destructive behaviors and she may have a bi-polar disorder, but it is difficult to diagnose her mental condition because of her inability to communicate. (12-1-08 and 8-24-07). Psychological tests have shown that Michelle has profound mental retardation.

7. Michelle has a history of choking (6-26-07) and depression (4-27-04).

8. Michelle's parents both have medical conditions which have required hospitalizations and limit their ability to provide care for Michelle on a 24/7 basis.

9. Michelle's parents have been able to keep her at home because of the services which have been provided by the South Carolina Department of Disabilities and Special Needs.

10. If these services were reduced, Michelle would be likely to have to return to an institution.

11. Michelle has benefitted from services she has received at home and it is likely that her condition would deteriorate if she were forced to return to an institution.

12. Michelle is totally unable to defend herself or to communicate her needs verbally. She would be subject to infections which could jeopardize her general health if she were living in a congregate setting.

13. It is in Michelle's best interest to receive services that she needs to remain in the home without reduction in the services she has been receiving.

Further affiant sayeth not.

Executed this 16th day of April, 2010.

_____
Melmoth S. Patterson, M.D.

SWORN TO BEFORE ME
THIS 16th DAY OF APRIL, 2010.

_____
Notary Public for South Carolina
My Commission Expires: August 7, 2010



## Laurens Family Practice

106 Parkview Drive • Laurens, South Carolina 29360
Telephone (864) 984-0571 • Fax (864) 984-3610
9100 Hwy 14 • Gray Court, South Carolina 29645
Telephone (864) 876-4888 • Fax (864) 876-4900

To Whom It May Concern:

Re : Miss Michelle Morgan,


Michelle is a patient for whom I have cared for over 35 years. She has severe Cerebral Palsy, difficult seizures, is fed via a peg tube and has major emotional and behavorial problems, all of which have been cared for well by her parents Barbara and Robert, with assist of Personal care aids. It has been brought to my attention that the personal care is being markedly decreased and it should be known that this is not in the patients best interest and will greatly increase her risk or needing hospitalization or instutionalization. She MUST have assistive personal care daily, and this has enabled her to have improved quality of life and to stay home with her parents who provide 24/7 care. Please assist in anyway in restoring full personal care services via DSS. This young lady, by staying at home, and avoiding instutionalization has saved the State of SC hundreds of thousands of dollars over the last 30 years, and she certainly does't need to be abandoned now. Please assist,


Sincerely

*Mell Patterson*

Mell S Patterson, MD, CMD
Laurens Family Practice
864-984-0571

4/5/10


---

Mel S. Patterson, M.D.           Michael R. Meeks, M.D.        H. Byron Parker, M.D.         William F. Childers, M.D.
Christopher T. Nelson, M.D.      Javier E. Carles, M.D.        Sarah Ann Derrick, FNP-BC     Kristi L. Beeler, FNP-BC
Vincent E. Green, M.D.                                                                       Tori Tapper, Office Manager