Exhibit 16

Clinton Chronicle Newspaper article, April 26, 2010

Arrest in assault of Whitten Center resident



## News

### Former SCDDSN employee arrested for hitting Whitten Center resident

Published: Monday, April 26, 2010 9:29 AM EDT

Print Page

The South Carolina Law Enforcement Division (SLED) announces the arrest of a former South Carolina Department of Disabilities and Special Needs (SCDDSN) employee accused of assaulting a mentally challenged, vulnerable adult.

Johnny Brashier, 26, of 47 Winding Hollow Road, Fountain Inn, S.C. is charged with Simple Assault and Battery (Common Law).

According to SLED warrants, Brashier used his hand to hit a Whitten Center resident in his head on or about September 29, 2009 while in Laurens County.



At the time of the allegations, Brashier was a caregiver at the Whitten Center while the victim was a resident.

These allegations stem from a Vulnerable Adult Hot-Line call SLED received on September 29, 2009.

Copyright © 2010 - The Clinton Chronicle

[x] Close Window